Certiorari dismissed, March 22, 2010

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6921**

CHRISTOPHER A. ODOM,

                    Plaintiff - Appellant,

          v.

VERONICA SMALLS, Officer Judge; PATRICIA BALDWIN, Officer
Judge; ROGER OWEN, Officer,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Joseph R. McCrorey, Magistrate
Judge.  (3:09-cv-00629-PMD)

Submitted:  October 20, 2009          Decided:  October 26, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Christopher A. Odom, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher A. Odom seeks to appeal the magistrate judge's report and recommendation in his 42 U.S.C. § 1983 (2000) suit.[*]  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order Odom seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Odom's notice of appeal could also have been construed as objections to the magistrate judge's report.  As we lack jurisdiction over this appeal, we express no opinion on the proper construction of Odom's filing.